**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6807**

DANNY ANGEL RODRIGUEZ,

               Petitioner - Appellant,

     v.

JASON STREEVAL,

               Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Norman K. Moon, Senior District Judge.  (7:20-cv-00194-NKM-JCH)

Submitted:  October 28, 2021               Decided:  November 2, 2021

Before NIEMEYER and MOTZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Danny A. Rodriguez, Appellant Pro Se. Sara Bugbee Winn, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny A. Rodriguez, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rodriguez v. Streeval*, No. 7:20-cv-00194-NKM-JCH (W.D. Va. May 11, 2021). As did the district court, we note that, to the extent Rodriguez alleges ineffective assistance of counsel or challenges the validity of his plea based on representations made by prison officials, such challenges would need to be presented in a motion under 28 U.S.C. § 2255. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*